UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Return Date: September 6, 2018
@ 10:45AM

---------------------------------------------------------X

IN RE:

Alfredo Merced,

Case No. 18-11295-cgm
Chapter 13

**NOTICE OF MOTION TO
DETERMINE SECURED STATUS
PURSUANT TO 11 U.S.C. §506(a),
506(d) and 1322(b)(2)**

                          Debtor.

---------------------------------------------------------X

**SIRS:**

    **PLEASE TAKE NOTICE,** the Debtor named herein, by Julius A. Rivera, Jr., Esq., his

Attorney, will move before Honorable Cecelia G. Morris, Chief United States Bankruptcy

Judge, at the Courthouse located at One Bowling Green, New York, New York 10004 on the

6th day of September, 2018 at 10:45 o'clock in the forenoon or as soon thereafter as counsel can

be heard, for an Order pursuant to 11 U.S.C § 506(a), 506(d) and 1322(b)(2) declaring the value

of the lien held by U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust by

Caliber Home Loans, Inc. to be equal to the value of the collateral and voiding the lien beyond

said value and declaring the balance of the claim of U.S. Bank Trust, N.A., as Trustee for LSF9

Master Participation Trust by Caliber Home Loans, Inc. to be unsecured and for such other and

further relief as the Court deems just and proper.

    **PLEASE TAKE FURTHER NOTICE,** that answering papers, if any, shall be served

and filed at least three (3) days prior to the return date thereof.

Dated: Poughkeepsie, New York
      July 10, 2018

Yours, etc.

    /s/Julius A. Rivera, Jr., Esq.
JULIUS A. RIVERA, JR. ESQ.
Attorney for Debtor
309 Mill Street
Poughkeepsie, New York 12601
(845) 452-1422

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE:

Alfredo Merced,

                                Case No. 18-11295-cgm
                                Chapter 13

                                **MOTION TO DETERMINE
                                SECURED STATUS
                                PURSUANT TO 11 U.S.C. §506(a),
                                506(d) and 1322(b)(2)**

                    Debtor.
-------------------------------------------------------X

**TO:   Honorable Cecelia G. Morris, Chief U.S. Bankruptcy Judge**

1.  The Debtor filed a Chapter 13 Bankruptcy petition in this Court on May 3, 2018.

2.  The Debtor owns an investment real property located at 167 Fullerton Avenue, Newburgh, New York 12550.

3.  On July 9, 2018, Kali Markowski, a duly licensed New York State real estate salesperson of K. Fortuna Realty, Inc. performed an appraisal on said property, which she determined to have a fair market value of $80,500.00, a copy of which is attached.

4.  U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust by Caliber Home Loans, Inc. claims that as of the time of the filing of the petition herein, said property was and is encumbered by mortgage held by them. It is claimed by U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust by Caliber Home Loans, Inc. that the mortgage had an outstanding principal balance, at the time of the filing of the petition of $275,011.40. (See attached Claim 2 filed in this case).

5.  Upon information and belief, the value of the interest of U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust by Caliber Home Loans, Inc. in the estates interest in the property secured by the lien is $80,500.00.

6. By reason of the foregoing, it should be determined that the value of the U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust by Caliber Home Loans, Inc. lien in the property is $80,500.00 and that the balance of the claim is unsecured.

7. By reason of the foregoing, the lien securing said claim should be disallowed and declared to be void for any amount beyond $80,500.00.

**WHEREFORE,** it is respectfully requested that the motion of the Debtor to obtain an Order pursuant to 11 U.S.C. §506(a), 506(d) and 1322(b)(2) determining the value of lien against the Debtors' property, disallowing and declaring the lien securing such claim to be void beyond said value, declaring the balance of the claim of U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust by Caliber Home Loans, Inc. to be unsecured be granted; and that the Debtor be granted such other and further relief as the Court deems just and proper.

Dated: Poughkeepsie, New York
     July 10, 2018

                           /s/Julius A. Rivera, Jr., Esq.
                           JULIUS A. RIVERA, JR. ESQ.
                           Attorney for Debtor
                           309 Mill Street
                           Poughkeepsie, New York 12601
                           (845) 452-1422

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re:

Alfredo Merced,

                Debtor.

-------------------------------------------------------X

Case No. 18-11295-cgm
Chapter 13

## MEMORANDUM OF LAW IN SUPPORT OF THE DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§506(a) , 506(b) and 1322(b)(2)

### STATEMENT OF FACTS

The facts upon which the Debtor relies is set forth in the Motion of even date which is hereby incorporated by reference.

### ARGUMENT

U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST BY CALIBER HOME LOANS, INC. is the holder of a claim pursuant to 11 U.S.C. §502, however, pursuant to 11 U.S.C. §506(a) said claim is not completely secured. Therefore the lien must be disallowed and declared void to the extent of the claim exceeds the value of the collateral pursuant to 11 U.S.C. §506(d).

Section 1322(b)(2) of the Code provides:

    **§1322  Contents of Plan**

        (a) The plan shall –

        (b) Subject to subsections (a) and (c) of this section, the plan may – Modify the rights of holders of secured claims, other than a claim secured only by a security interest in real property that is the debtor's principal residence, or of holders of unsecured claims, or leave unaffected the rights of holders of any class of claims.

Section 506 of the Code refers to the determination of a claim's secured states.

Section 506(a) and (d) of the Code provide, in pertinent part:

(a) An allowed claim of a credit secured by a lien on property in which the estate has an interest, ...is secured claim to the extent of the value of such creditor's interest...Such value shall be determined in light of the purpose of the valuation and of the proposed disposition or use of such property, and in conjunction with any hearing on such disposition or use or on a plan affecting such creditor's interest.

(d) To the extent that a lien secured a claim against the debtor that is not an allowed secured claim, such lien is void, unless –

(1) Such claim was disallowed only under section 502(b)(5) or 502(e) of this title; or

(2) Such claim is not an allowed secured claim due only to the failure of any entity to file a proof of such claim under section 501 of this title.

## CONCLUSION

Accordingly, since the value of the collateral in question has been determined to be $80,500.00, the Court should grant the Debtor's Motion requesting the entry of an Order pursuant to 11 U.S.C. 506(d) declaring the lien securing said claim void beyond $80,500.00; and pursuant to 11 U.S.C. §1322(b)(2) allowing the Debtor to modify the rights of the U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust by Caliber Home Loans, Inc. by treating the balance of the claim as an unsecured claim under the Chapter 13 Plan.

Dated: Poughkeepsie, New York                         /S/  Julius A. Rivera, Jr.
          July 10, 2018

_____
JULIUS A. RIVERA, JR., ESQ.
Attorney for Debtor
309 Mill Street
Poughkeepsie, New York 12601
(845) 452-1422

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------x

In re:                                                         Chapter 13

Alfredo Merced,                                          Case No. 18-11295-cgm
                                        Debtor.
-------------------------------------------------x

## ORDER PURSUANT TO 11 U.S.C. §§ 506(a), §§ 506(d) and §§1322(b)(2)

     **UPON** the reading and the filing of the Notice of Motion and Motion with exhibits dated July 10, 2018 and upon the issues raised by said Motion having come before this Court on September 6, 2018 and after due deliberation, it is hereby, pursuant to 11 U.S.C. §§506(a), §§506(d) and§§1322(b)(2);

     **ORDERED** that the claim of U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust by Caliber Home Loans, Inc. in the amount of $275,011.40, docketed as Claim number 2, dated July 9, 2018 claiming a lien upon the Debtor's property located at 167 Fullerton Avenue, Newburgh, New York 12550 is hereby determined to be a secured claim in the amount of $80,500.00, and it is further,

     **ORDERED** that the lien of U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust by Caliber Home Loans, Inc. is declared to be void beyond $80,500.00, and it is further,

     **ORDERED** that the balance of said claim is to be treated as an unsecured claim in the Debtors Chapter 13 Plan, and it is further,

     **ORDERED** that within 60 days of the Debtor securing a Chapter 13 discharge in this case and the case being closed, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust by Caliber Home Loans, Inc. shall file a satisfaction of mortgage and/or any other document that is or may be required by law to release and discharge the lien on the Debtors property located at 167 Fullerton Avenue, Newburgh, New York 12550.

**Fill in this information to identify the case:**

Debtor 1  Alfredo Merced

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the Southern District of New York

Case number 18-11295

## Official Form 410
# Proof of Claim

04/16

Read the instructions before filling out this form. Use this form to make a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim | |
|---|---|---|
| 1. | What is the current creditor? | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor |
| 2. | Has this claim been acquired from someone else | [X] No<br>[ ] Yes.  From whom? |

3. **Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g)

Where should notices to the creditor be sent?

Caliber Home Loans
Name

13801 Wireless Way
Number        Street

Oklahoma City, OK  73134
City        State        ZIP Code

Contact phone  800-401-6587

Contact email  Bankruptcy-SD@CaliberHomeLoans.com

Where should payments to the creditor be sent? (if different)

Caliber Home Loans
Name

PO Box 24330
Number        Street

Oklahoma City, OK  73124
City        State        ZIP Code

Contact phone  800-401-6587

Contact email  Bankruptcy-SD@CaliberHomeLoans.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one)

___  ___  ___  ___  ___  ___  ___  ___  ___  ___  ___  ___

| 4. | Does this claim amend one already filed? | [X] No<br>[ ] Yes.  Claim number on court claim registry (if known) _____ | Filed on _____<br>MM/DD/YYYY |
|---|---|---|---|

| 5. | Do you know if anyone else has filed a proof of claim for this claim? | [X] No<br>[ ] Yes.    Who made the earlier filing? |
|---|---|---|

Official Form 410A **Mortgage Proof of Claim Attachment** Page 1 of 32

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

| | | |
|---|---|---|
| 6. | **Do you have any number you use to identify the debtor** | [ ] No<br>[X] Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: <u>9583</u> |

| | | | |
|---|---|---|---|
| 7. | **How much is the claim?** | $   <u>275,011.40</u> | Does this amount include interest or other charges?<br>[ ] No<br>[X] Yes.    Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(a) |

| | | |
|---|---|---|
| 8. | **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br><u>MONEY LOANED</u> |

| | | |
|---|---|---|
| 9. | **Is all or part of the claim secured?** | [ ] No<br>[X] Yes    The claim is secured by a lien on property.<br><br>**Nature of property:**<br><br>[X] Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this Proof of Claim.<br><br>[ ]    Motor vehicle<br>[ ]    Other. Describe:    <u>167 Fullerton Avenue, Newburgh, New York 12550</u><br><br>**Basis for perfection:**    <u>Mortgage/Deed of Trust</u><br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or another document that shows the lien has been filed or recorded.)<br><br>**Value of property:**        $<br><br>**Amount of the claim that is secured:**    $ <u>275,011.40</u><br><br>**Amount of the claim that is unsecured:** $_____    (The sum of the secured and unsecured amounts should match the amount in line 7)<br><br>**Amount necessary to cure any default as of the date of the petition:**    $ <u>138,450.74</u><br><br>**Annual Interest Rate** (when case was filed) <u>5.0000</u>%<br>[X]    Fixed<br>[ ]    Variable |

| | | |
|---|---|---|
| 10. | **Is this claim based on a lease?** | [X]    No<br>[ ]    Yes.  Amount necessary to cure any default as of the date of the petition.    $_____ |

| | | |
|---|---|---|
| 11. | **Does this claim involve a right to setoff?** | [X]    No<br>[ ]    Yes. Identify the property _____ |

Official Form 410A **Mortgage Proof of Claim Attachment** Page 2 of 32

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. §507(a)? |
|---|---|

**12. Is all or part of the claim entitled to priority under 11 U.S.C. §507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority

[X] No

[ ] Yes. *Check one:*

        **Amount entitled to priority**

[ ] Domestic support obligations (including alimony and child support) under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).    $_____

[ ] Up to $2,850* of deposits toward purchase, lease or rental of property or services for personal, family, or household use. 11 U.S.C. §507(a)(7).    $_____

[ ] Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. §507(a)(4).    $_____

[ ] Taxes or penalties owed to governmental units. 11 U.S.C. §507(a)(8).    $_____

[ ] Contributions to an employee benefit plan.11 U.S.C. §507(a)(5).    $_____

[ ] Other. Specify subsection of 11 U.S.C. §507(a)(___) that applies.    $_____

\* Amount are subject to adjustment on 4/1/19 and every 3 years after that for cases begun on or after the date of adjustment

---

### Part 3:    Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box*

[ ]  I am the creditor
[X]  I am the creditor's attorney or authorized agent.
[ ]  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
[ ]  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3004.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculation the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   07/09/2018        
               MM/DD/YYYY

/s/ Andrea Betts
   Signature

Print the name of the person who is completing and signing this claim:

**Andrea L. Betts**
Authorized Agent for Secured Creditor
RAS Crane, LLC
10700 Abbott's Bridge Road, Suite 170
Duluth, GA, 30097
470-321-7112

---

Official Form 410A **Mortgage Proof of Claim Attachment** Page **3** of **32**



Researched and prepared by

**Kali Markowski**

Prepared exclusively for

**Alfredo Merced**

Prepared on
July 09, 2018

Subject Property

**167 FULLERTON AVE**

**NEWBURGH, NY**

**12550**



**Kali Markowski**

K. Fortuna Realty, Inc.

2593 Route 52, Suite 10

Hopewell Junction, NY 12533

kali.kfortunarealty@gmail.com

"THIS ANALYSIS HAS NOT BEEN PERFORMED IN ACCORDANCE WITH THE UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE WHICH REQUIRE VALUERS TO ACT AS UNBIASED, DISINTERESTED THIRD PARTIES WITH IMPARTIALITY, OBJECTIVITY AND INDEPENDENCE AND WITHOUT ACCOMMODATION OF PERSONAL INTEREST. IT IS NOT TO BE CONSTRUED AS AN APPRAISAL AND MAY NOT BE USED AS SUCH FOR ANY PURPOSE."

## Summary of Comparable Listings

This page summarizes the comparable listings contained in this market analysis.

### Sold Listings

| Address | | Price | Beds | Baths | SqFt Ttl | $/SqFt | Sold Date |
|---|---|---|---|---|---|---|---|
| 167 FULLERTON AVE | | | 3 | 1 | 1190 | | |
| 38 Windsor Highway | | $75,000 | 3 | 1 | 1,140 | $65.79 | 02/23/2018 |
| 22 Wintergreen Avenue | | $80,000 | 3 | 2 | 1,056 | $75.76 | 01/10/2018 |
| 80 Larter Avenue | | $95,000 | 3 | 1 | 1,188 | $79.97 | 05/30/2018 |
| | Averages: | **$83,333** | **3.0** | **1.33** | **1,128** | **$73.84** | |

| | Low | Median | Average | High | Count |
|---|---|---|---|---|---|
| **Comparable Price** | $75,000 | $80,000 | $83,333 | $95,000 | 3 |
| **Adjusted Comparable Price** | $75,000 | $80,000 | $83,333 | $95,000 | 3 |

On Average, the 'Sold' status comparable listings sold in 46 days for $83,333

## CMA Price Adjustments

Monday, July 9, 2018

This page outlines the subject property versus comparables properties.





| | **Subject Property** | **Details** Adjust | **Details** Adjust |
|---|---|---|---|
| | 167 FULLERTON AVE | 38 Windsor HY | 22 Wintergreen AV |
| MLS# | | 4800031 | 4749801 |
| List Price | | $95,000 | $84,900 |
| Status | | Sold | Sold |
| DOM | | 20 | 18 |
| Post Office | NEWBURGH | New Windsor | Newburgh |
| County | | Orange County | Orange County |
| City | NEWBURGH | New Windsor | Newburgh Town |
| Zip | 12550 | 12553 | 12550 |
| School Dist | NEWBURGH | Newburgh | Newburgh |
| Type | | Detached | Detached |
| Bed Total | 3 | 3 | 3 |
| Bath Total | 1 | 1 | 2 |
| Baths Full/Half | | 1 / 0 | 1 / 1 |
| # Rooms | 6 | 5 | 6 |
| Sq Ft Total | 1190 | 1,140 | 1,056 |
| Est. Ann. Taxes | $5,170 | $6,280 | $5,414 |
| $Prc/SqFt | | $65.79 | $75.76 |
| Lot Sz Acres | | 0.702 | 0.251 |
| Style | | Bungalow | Two Story |
| Levels | 2 | 1 | |
| Year Built | 1918 | 1930 | 1925 |
| Basement | UNFINISHED | Full, Unfinished | Full, Unfinished |
| Attic | | Scuttle | Pull Stairs |
| Parking | OFF STREET | 1 Car Detached, Driveway, Gai | 1 Car Detached |
| Heat | GAS/ HOT AIR | Hot Water | Radiator |
| Fuel | GAS | Oil Above Ground | Oil Above Ground |
| A/C | | None | None |
| Water | CITY | Dug Well | Municipal |
| Sewer | CITY | Municipal | Municipal |
| Sold Price | | $75,000 | $80,000 |
| Sold Date | | 02/23/2018 | 01/10/2018 |

| | Price | $75,000 | $80,000 |
|---|---|---|---|
| | Total Adjustments | $0 | $0 |
| | Adjusted Price | $75,000 | $80,000 |

Researched and prepared by Kali Markowski
K. Fortuna Realty, Inc
© 2018 Hudson Gateway MLS. All rights reserved. Information deemed reliable but not guaranteed.

## CMA Price Adjustments

Monday, July 9, 2018

This page outlines the subject property versus comparables properties.





| **Subject Property** | | **Details** | **Adjust** |
|---|---|---|---|
| 167 FULLERTON AVE | | 80 Larter AV | |
| MLS# | | 4800089 | |
| List Price | | $99,900 | |
| Status | | Sold | |
| DOM | | 101 | |
| Post Office | NEWBURGH | Newburgh | |
| County | | Orange County | |
| City | NEWBURGH | Newburgh City | |
| Zip | 12550 | 12550 | |
| School Dist | NEWBURGH | Newburgh | |
| Type | | Detached | |
| Bed Total | 3 | 3 | |
| Bath Total | 1 | 1 | |
| Baths Full/Half | | 1 / 0 | |
| # Rooms | 6 | 6 | |
| Sq Ft Total | 1190 | 1,188 | |
| Est. Ann. Taxes | $5,170 | $4,209 | |
| $Prc/SqFt | | $79.97 | |
| Lot Sz Acres | | 0.089 | |
| Style | | Two Story | |
| Levels | 2 | 2 | |
| Year Built | 1918 | 1925 | |
| Basement | UNFINISHED | Full | |
| Attic | | Scuttle | |
| Parking | OFF STREET | 1 Car Detached | |
| Heat | GAS/ HOT AIR | Forced Air | |
| Fuel | GAS | Natural Gas | |
| A/C | | Central | |
| Water | CITY | Municipal | |
| Sewer | CITY | Municipal | |
| Sold Price | | $95,000 | |
| Sold Date | | 05/30/2018 | |

| | |
|---|---|
| Price | $95,000 |
| Total Adjustments | $0 |
| Adjusted Price | $95,000 |

Researched and prepared by Kali Markowski
K. Fortuna Realty, Inc
© 2018 Hudson Gateway MLS. All rights reserved. Information deemed reliable but not guaranteed.

## Minimums and Maximums
This page summarizes key fields of the listings in this analysis.

### The listings in this analysis can be summarized as follows:

Listing Price between $84,900 and $99,900

Selling Price between $75,000 and $95,000

3 Bedrooms

1.0 to 2.0 Total Bathrooms

1,056 to 1,188 Square Feet

$80.40 to $84.09 per Square Foot

$65.79 to $79.97 per Sold Square Foot

Year Built between 1925 and 1930

© 2018 Hudson Gateway MLS. All rights reserved. Information deemed reliable but not guaranteed.

## Number of Days On Market

This graph illustrates the number of days on market for the listings in this analysis.



**Days On Market**

MLS#

## List Price and Sale Price

This graph illustrates the list price, along with sale price in Sold listings.



## Brief Summary of Compared Listings

This report summarizes the comparable listings contained in this market analysis.

### Status: Sold

| MLS# | Stat Date | Address | Prop Sub Type | Ttl Sqft | Bds | Bth | L/S Price | DOM |
|---|---|---|---|---|---|---|---|---|
| 4800031 | 02/23/2018 | 38 Windsor HY | Detached | 1,140 | 3 | 1.00 | $75,000 | 20 |
| 4749801 | 01/10/2018 | 22 Wintergreen AV | Detached | 1,056 | 3 | 2.00 | $80,000 | 18 |
| 4800089 | 05/30/2018 | 80 Larter AV | Detached | 1,188 | 3 | 1.00 | $95,000 | 101 |
| **Averages:** | | | | 1,128 | 3 | 1.33 | $83,333 | 46 |

### Summary

| Status | Total | Avg Price | Avg $ Per SqFt | Median | Low | High | Avg DOM |
|---|---|---|---|---|---|---|---|
| ACTIVE | | | | | | | |
| CONTRACT | | | | | | | |
| Temp. Off Mrkt | | | | | | | |
| Off Market | | | | | | | |
| SOLD | 3 | $83,333 | $73.84 | $80,000 | $75,000 | $95,000 | 46 |
| RENTED | | | | | | | |
| EXPIRED | | | | | | | |
| **Total** | **3** | **$83,333** | **$73.84** | **$80,000** | **$75,000** | **$95,000** | **46** |

# CMA Pro Report

These pages give a general overview of the selected properties.

## Sold Properties

### 38 Windsor HY



| | | | | | | |
|---|---|---|---|---|---|---|
| **MLS #:** | 4800031 | **Status:** | Sold | **Beds:** | 3 | **L Price:** $95,000 |
| **Post Ofc:** | New Windsor | | | **Baths:** | 1 (1 0) | **S Price:** $75,000 |
| **County:** | Orange County | | | **Yr Blt:** | 1930 | **S Date:** 2/23/2018 |
| **Type:** | Detached | | | **Sqft:** | 1,140 | **DOM:** 20 |
| **Style:** | Bungalow | | | **Lot Sz:** | 0.702 | |
| **Parking:** | 1 Car Detached, Driveway, Garage Parking, L | | | | | |

**Rmks:** PLENTY OF POSSIBILITIES WITH THIS AFFORDABLE...Single family Bungalow with 3 bedrooms & 1 bathroom 1140' sq. ft. on .7 level acres located on main road. Bring your hammer and nails. It could be a great 1st home or commercial property or both always with town approvals. Plenty of parking, spacious level yard. Detached garage. Basement and garage for extra storage. Easy access to all major arteries of the area. Lots of space for little money...

**Direct:** 38 Windsor Hwy, New Windsor, NY 12553

### 22 Wintergreen AV



| | | | | | | |
|---|---|---|---|---|---|---|
| **MLS #:** | 4749801 | **Status:** | Sold | **Beds:** | 3 | **L Price:** $84,900 |
| **Post Ofc:** | Newburgh | | | **Baths:** | 2 (1 1) | **S Price:** $80,000 |
| **County:** | Orange County | | | **Yr Blt:** | 1925 | **S Date:** 1/10/2018 |
| **Type:** | Detached | | | **Sqft:** | 1,056 | **DOM:** 18 |
| **Style:** | Two Story | | | **Lot Sz:** | 0.251 | |
| **Parking:** | 1 Car Detached | | | | | |

**Rmks:** 3 Bedroom, 1.5 Bath Old Style Two Story Home in T/Newburgh! Close to shopping, schools and amenities. Hardwood Flooring, enclosed front porch, detached garage and more. Sold as-is. Buyer to pay NYS Transfer Tax. Offers with financing must be accompanied by pre-qual letter; cash offers with proof of funds. **Please see agent remarks for access, showing instructions and offer presentation remarks.

**Direct:** ROUTE 52 (SOUTH PLANK RD) NORTH TO LEFT ON WINTERGREEN AVENUE, CONTINUE LEFT, HOUSE IS ON THE RIGHT

# Comparative Market Analysis

167 FULLERTON AVE
NEWBURGH, 12550

Monday, July 9, 2018

## CMA Pro Report

These pages give a general overview of the selected properties.

## Sold Properties

### 80 Larter AV



| | | | | | | |
|---|---|---|---|---|---|---|
| **MLS #:** | 4800089 | **Status:** | Sold | **Beds:** | 3 | **L Price:** $99,900 |
| **Post Ofc:** | Newburgh | | | **Baths:** | 1 (1 0) | **S Price:** $95,000 |
| **County:** | Orange County | | | **Yr Blt:** | 1925 | **S Date:** 5/30/2018 |
| **Type:** | Detached | | | **Sqft:** | 1,188 | **DOM:** 101 |
| **Style:** | Two Story | | | **Lot Sz:** | 0.089 | |
| **Parking:** | 1 Car Detached | | | | | |

**Rmks:** Great home located on a quiet street near shopping, restaurants and transportation. Home features all main living necessities on the main floor. Main floor consists of kitchen, dining room, living room, bedroom and bathroom. Upstairs you have two bedrooms. Front porch, back deck, natural gas, central air, detached garage, and full basement. This one will not last long, great for a rental investment property, ideal for a first time home buyer or someone downsizing. Commuters dream 60 miles to NYC, close to 84, 87, 17 trains and bus to NYC, Stewart, West Point and Orange Regional Medical Center.

**Direct:** Take Broadway East, sharp left onto Dupont Ave, take the third right onto Wilkins St, turn left onto Larter Ave. Look for sign or #80 on door.

## Sold Properties

| | |
|---|---|
| Total # of Listings | 3 |
| Lowest Price | $75,000 |
| Highest Price | $95,000 |
| Average Price | $83,333 |
| Avg. Price/SqFt | $73.84 |
| Avg DOM | 46 |



Researched and prepared by **Kali Markowski**
K. Fortuna Realty, Inc.
© 2018 Hudson Gateway MLS. All rights reserved. Information deemed reliable but not guaranteed.

## CMA Pro Report

These pages give a general overview of the selected properties.



### Summary Graph/Analysis

■ Avg Price   ■ Min Price   ■ Max Price

### Cumulative Analysis

| Listing Category | Lowest Price | Highest Price | Average Price | Avg $ Per SF |
|---|---|---|---|---|
| Sold | $75,000 | $95,000 | $83,333 | $73.84 |
| **Totals / Averages** | **$75,000** | **$95,000** | **$83,333** | **$73.84** |

### Sold Property Analysis

| Address | List Price | Sold Price | DOM | %SP/LP | SP/Sqft |
|---|---|---|---|---|---|
| 38 Windsor Highway | $95,000 | $75,000 | 20 | %78.95 | $65.79 |
| 22 Wintergreen Avenue | $84,900 | $80,000 | 18 | %94.23 | $75.76 |
| 80 Larter Avenue | $99,900 | $95,000 | 101 | %95.10 | $79.97 |
| **Total Averages** | **$93,267** | **$83,333** | **46** | **%89.42** | **$73.84** |

## Property Summary

| S | Street Address | Bds | Bth | Sqft | L Price | S Price | Sold Date | DOM |
|---|---|---|---|---|---|---|---|---|
| Sold | | | | | | | | |
| S | 38 Windsor Highway | 3 | 1 (1 0) | 1,140 | $95,000 | $75,000 | 02/23/2018 | 20 |

Researched and prepared by Kali Markowski
K. Fortuna Realty, Inc.
© 2018 Hudson Gateway MLS. All rights reserved. Information deemed reliable but not guaranteed.

## CMA Pro Report

These pages give a general overview of the selected properties.

| S | Street Address | Bds | Bth | Sqft | L Price | S Price | Sold Date | DOM |
|---|---|---|---|---|---|---|---|---|
| S | 22 Wintergreen Avenue | 3 | 2 (1 1) | 1,056 | $84,900 | $80,000 | 01/10/2018 | 18 |
| S | 80 Larter Avenue | 3 | 1 (1 0) | 1,188 | $99,900 | $95,000 | 05/30/2018 | 101 |

Monday, July 9, 2018

## Pricing Recommendation

This page suggests a recommended selling price based on a thorough analysis of your property.

**After analyzing your property, comparable properties on the market now, recent sales and comparable properties that failed to sell, I conclude that in the current market, your property is most likely to sell for .** Property should priced at $80,500.00 based on comparables and condition.

Researched and prepared by **Kali Markowski**
K. Fortuna Realty, Inc.
© 2018 Hudson Gateway MLS. All rights reserved. Information deemed reliable but not guaranteed.

# Comparative Market Analysis



Researched and prepared by

## Kali  Markowski

Prepared exclusively for

## Alfredo Merced

Preparation
July 00, 2013

Subject Property

## 167 FULLERTON AVE

## NEWBURGH, NY

## 12550



**Kali  Markowski**

K. Fortuna Realty, Inc.

2593 Route 52, Suite 10

Hopewell Junction, NY 12533

kali.kfortunarealty@gmail.com

"THIS ANALYSIS HAS NOT BEEN PERFORMED IN ACCORDANCE WITH THE UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE WHICH REQUIRE VALUERS TO ACT AS UNBIASED, DISINTERESTED THIRD PARTIES WITH IMPARTIALITY, OBJECTIVITY AND INDEPENDENCE AND WITHOUT ACCOMMODATION OF PERSONAL INTEREST. IT IS NOT TO BE CONSTRUED AS AN APPRAISAL AND MAY NOT BE USED AS SUCH FOR ANY PURPOSE."

## CMA Map Layout

This page displays the Map for the CMA Subject and your comparables.



167 FULLERTON AVE
1  80 Larter Av
2  38 Windsor Hy
3  22 Wintergreen Av

Researched and prepared by **Kali Markowski**
K. Fortuna Realty, Inc.
© 2018 Hudson Gateway MLS. All rights reserved. Information deemed reliable but not guaranteed.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re:

Alfredo Merced,

                 Debtor.

-------------------------------------------------------X

Case No. 18-11295-cgm
Chapter 13

### *CERTIFICATE OF SERVICE*

    **I HEREBY CERTIFY** that a true and correct copy of the Debtor's Notice of Motion and Motion pursuant to 11 U.S.C. §§506(a), 506(d) and 1322(b)(2) and the exhibits attached thereto was furnished to the following parties on the 10th day of July, 2018 by United States first-class mail and/or by electronic notification:

Krista M. Preuss, Esq.
Chapter 13 Trustee
399 Knollwood Road, Suite 102
White Plains, New York 10603

Office Of The U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

U.S. Bank Trust, N.A., as Trustee
for LSF9 Master Participation Trust
by Caliber Home Loans, Inc.
Attn: President
13801 Wireless Way
Oklahoma City, OK 73134

RAS Crane, LLC
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097

Dated:  Poughkeepsie, New York
         July 10, 2018

                             /s/Julius A. Rivera, Jr., Esq.
                             Julius A. Rivera, Jr., Esq.
                             309 Mill Street
                             Poughkeepsie, New York 12601
                             (845) 452-1422